Ariel A. Neuman - State Bar No. 241594
    aneuman@birdmarella.com
James S. Threatt - State Bar No. 325317
    jthreatt@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS HUIZAR, et al., <br><br> Defendant. | CASE NO. 20-CR-0326-JFW <br><br> **DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S JOINDER IN DEFENDANT JOSE HUIZAR'S MOTION TO COMPEL DISCOVERY** <br><br> Assigned to Hon. John F. Walter |
|---|---|

3702924.1

DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S JOINDER IN DEFENDANT JOSE HUIZAR'S
MOTION TO COMPEL DISCOVERY

1  Defendants Dae Yong Lee and 940 Hill, LLC, by and through their
2  undersigned counsel, join in Defendant Jose Huizar's Motion to Compel Discovery
3  (Dkt. No. 160).
4  Mr. Lee and 940 Hill agree with the arguments made in the Motion, and the
5  same arguments apply to Mr. Lee and 940 Hill with equal force. Mr. Lee and 940
6  Hill adopt the legal positions and bases set forth in the Motion as if fully set forth
7  herein.

10  DATED:  February 24, 2021      Ariel A. Neuman
                                    James S. Threatt
                                    Bird, Marella, Boxer, Wolpert, Nessim,
                                    Drooks, Lincenberg & Rhow, P.C.

                                    By:  /s/ *Ariel A. Neuman*
                                         Ariel A. Neuman
                                         Attorneys for Defendants 940 Hill, LLC
                                         and Dae Yong Lee

3702924.1

2

DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S JOINDER IN DEFENDANT JOSE HUIZAR'S MOTION TO COMPEL DISCOVERY