Exhibit B

# Re: Request from Harris: Labor Consultant

| | |
|---|---|
| **From:** | jose.huizar@sbcglobal.net |
| **To:** | George Esparza <georgesparza@gmail.com> |
| **Date:** | Mon, 15 Jul 2013 15:34:27 -0700 |

Yes. Set up meeting with tom walsh. Thanks.
Sent via BlackBerry by AT&T

**From:** George Esparza <georgesparza@gmail.com>
**Date:** Mon, 15 Jul 2013 13:08:22 -0700
**To:** <jose.huizar@sbcglobal.net>
**Subject:** Request from Harris: Labor Consultant

Please see email below by Harris. Should we schedule a meeting with Tom Walsh? Please advise.

---------- Forwarded message ----------
**From: Harris Chan** <harris.chan@sznwusa.com>
Date: Fri, Jul 12, 2013 at 8:12 PM
Subject: Labor Consultant
To: George Esparza <georgesparza@gmail.com>


Hi George,

Please do me a favor and pass this message to Councilman Jose. I would like to seek Jose's help to seek out a labor consultant (not attorney) to assist my company to analyze our current union agreement (expiring by the end of November, this year), against the master agreement agreed by the major hotel management companies.

Ideally, this consultant will be someone who has close ties with the Unite HERE (Local 11) union; or someone who retired from the union and still maintains good relationships with them. Maybe, Jose can contact Local 11 and find out.

Thank you for your help!

**Harris Chan**

*Managing Director*

*Shenzhen New World Investment (USA), Inc.*

345 South Figueroa Street, Suite 100

Los Angeles, CA90071

T: 213-617-6057  F: 213-621-1556  M: 310-948-5030

# items to follow up.

| | |
|---|---|
| **From:** | Jose Huizar <jose.huizar@sbcglobal.net> |
| **To:** | yrojas81@gmail.com |
| **Date:** | Fri, 20 Sep 2013 15:15:16 -0700 |

(1)  I currently have a meeting with the delijanis on oct 10.  PLease see if they can accomodate a lunch or dinner meeting sometime this coming week instead.  Richelle will be joining us.  Make sure sharahm and michael delijani attend.

(2)  Call Tom Walsh from Unite Here.  See if he is would like to join me and Chairman Wei, the owner of the LA Hotel on Figueoroa for dinner on Oct 10.  The chairman is in town and would like to meet Tom Walsh.

(3)  Please schedule more Call Time for me.  Event is a little less than a month away and i need more call time with christina.

thanks!

Casino_0000041





**Extraction Report** - Apple iOS iTunes (Backup)

## Participants


+13109485030
Harris Chan*


+12132159910

## Conversation - Instant Messages (21)

**+12132159910**

Left Tom Walsh a message just now explaining our position and Asked if he can call me back.

Status: Sent
Delivered: 6/21/2013 1:53:54 PM(UTC-7)
Read: 6/21/2013 1:55:13 PM(UTC-7)

6/21/2013 1:53:51 PM(UTC-7)

**+13109485030 Harris Chan**

This is GREAT!  Thank you so very much!  Hope you have a great family vacation!  You deserve it.  Harris

Status: Read
Read: 6/21/2013 1:56:24 PM(UTC-7)

6/21/2013 1:56:12 PM(UTC-7)

**+12132159910**

Got a voicemail from Tom Walsh yesterday.  Tells me that Miguel is senior shop steward  for 20 years and would be difficult for him to get a job elsewhere.  Says that yes understands in settlement discussions but no money on table yet ...and doesn't think they can seriously consider something that doesn't include him returning to work.  The message I left for Tom was clear that u would appreciate his support here on not having him return.  Let me know if I should call him again and try and get in touch with him live.  I can press again.  Jose

Status: Sent
Delivered: 6/26/2013 2:36:41 PM(UTC-7)
Read: 6/26/2013 2:46:51 PM(UTC-7)

6/26/2013 2:36:41 PM(UTC-7)

**+13109485030 Harris Chan**

Hi Jose, thanks for following up on this during vacation!  Yes, please call him and ask for his help!  Our management company, RIM Hospitality is also approaching Tom on this issue, and RIM might have another hotel that the Union can organize.  Maybe, the union can set Miguel Vides up at that hotel.  Please ask Tom to do whatever he can, and tell him the Chairman would really appreciate this.  Thanks!

Status: Read
Read: 6/26/2013 11:25:39 PM(UTC-7)

6/26/2013 6:33:52 PM(UTC-7)

**+13109485030 Harris Chan**

Thanks!  I'll explain to the Chairman.  He should have just landed at L.A. late Sunday night.

Status: Read
Read: 8/18/2013 11:35:16 PM(UTC-7)

8/18/2013 11:34:40 PM(UTC-7)

**+12132159910**

Thanks

Status: Sent
Delivered: 8/18/2013 11:35:33 PM(UTC-7)
Read: 8/18/2013 11:35:48 PM(UTC-7)

8/18/2013 11:35:33 PM(UTC-7)

**+13109485030 Harris Chan**

Hi Jose, talked to the Chairman, he is positively supporting you.  Going through your wife's law firm sounds fine, will confirm the arrangements later.  Good luck!

Status: Read
Read: 8/19/2013 9:36:29 AM(UTC-7)

8/19/2013 9:36:04 AM(UTC-7)

**+12132159910**

Thank u very much Harris. And please thank the Chairman.

Status: Sent
Delivered: 8/19/2013 9:37:24 AM(UTC-7)
Read: 8/19/2013 9:38:40 AM(UTC-7)

8/19/2013 9:37:21 AM(UTC-7)

**+13109485030 Harris Chan**

You are welcome!

Status: Read
Read: 8/19/2013 9:39:39 AM(UTC-7)

8/19/2013 9:38:56 AM(UTC-7)

**+12132159910**

Offer has been made today.  We will wait and see what they do.  On another note, I am meeting tomorrow with a shanghai group called "Greenland".  They are investing huge in a large parcel in downtown la--the "metropolis" site near staples arena.  Just wondering if u or the chairman knew them.

Status: Sent
Delivered: 8/20/2013 9:17:31 PM(UTC-7)
Read: 8/20/2013 9:20:32 PM(UTC-7)

8/20/2013 9:17:26 PM(UTC-7)

**+13109485030 Harris Chan**

Yes, I met some of their hotel team personnel before.  But, I don't know their real estate persons.  Let me know how it turns out.  Tks!

Status: Read
Read: 8/20/2013 9:24:47 PM(UTC-7)

8/20/2013 9:24:31 PM(UTC-7)

2

+12132159910

Ok.  Just checking to see if there is a connection or they are friends of the chairman.

Status: Sent
Delivered: 8/20/2013 9:25:27 PM(UTC-7)
Read: 8/20/2013 9:25:28 PM(UTC-7)

8/20/2013 9:25:25 PM(UTC-7)

+12132159910

They rejected offer.  They want 1.2

Status: Sent
Delivered: 8/22/2013 1:20:57 PM(UTC-7)
Read: 8/22/2013 7:56:16 PM(UTC-7)

8/22/2013 1:20:54 PM(UTC-7)

+13109485030 Harris Chan

Too bad!  Thanks for the info!

Status: Read
Read: 8/22/2013 8:02:54 PM(UTC-7)

8/22/2013 7:52:48 PM(UTC-7)

+13109485030 Harris Chan

Hi Jose, I just talked to the Chairman.  He fully endorses your plan, he is proud that your wife will support you in public if the other side filed a lawsuit.  He also said he'll support you during the upcoming campaign.  Pls go ahead as you planned.  Tks!

Status: Read
Read: 9/12/2013 9:35:50 PM(UTC-7)

9/12/2013 9:35:12 PM(UTC-7)

+12132159910

Thanks.  I will ask attorneys to make offer tomorrow.  I would expect they will not accept and then get ready for plan B

Status: Sent
Delivered: 9/12/2013 9:37:08 PM(UTC-7)
Read: 9/12/2013 9:37:32 PM(UTC-7)

9/12/2013 9:37:05 PM(UTC-7)

+13109485030 Harris Chan

Yes, pls proceed as planned.  We are all behind you!

Status: Read
Read: 9/12/2013 9:38:18 PM(UTC-7)

9/12/2013 9:37:20 PM(UTC-7)

+13109485030 Harris Chan

Hi Jose, Shahram Delejani will meet Greg Clarke and I for a drink at 4:30pm on Wednesday.  Can you join us?  It will be at our Downtown Hotel.  Pls adv.  Harris

Status: Read
Read: 10/28/2013 1:36:49 PM(UTC-7)

10/28/2013 12:58:54 PM(UTC-7)

3

+12132159910

Ok .  See u there.
**Status:** Sent
**Delivered:** 10/29/2013 2:08:55 PM(UTC-7)
**Read:** 10/29/2013 2:09:40 PM(UTC-7)

10/29/2013 2:08:54 PM(UTC-7)

+12132159910

Actually.  I could be there at 5
**Status:** Sent
**Delivered:** 10/29/2013 2:09:37 PM(UTC-7)
**Read:** 10/29/2013 2:09:40 PM(UTC-7)

10/29/2013 2:09:34 PM(UTC-7)

+13109485030 Harris Chan

This is fine.  I'll let Shahram know.  Tks!  Harris
**Status:** Read
**Read:** 10/29/2013 2:10:21 PM(UTC-7)

10/29/2013 2:10:18 PM(UTC-7)

4