Exhibit F

# List of Land use Consultants

**From:** George Esparza <georgesparza@gmail.com>
**To:** jose.huizar@sbcglobal.net
**Date:** Fri, 16 Dec 2016 08:54:16 -0800

Hi Boss,

Here is the list of land use consultants per Shawn's past recommendations. Chairman would like us to schedule interviews on Monday.

**From:** Shawn Kuk <shawn.kuk@lacity.org>
**Date:** August 8, 2016 at 5:32:18 PM PDT
**To:** George Esparza <george.esparza@lacity.org>
**Subject: FYI**

Craig Lawson & Co
Craig Lawson
craig@craiglawson.com
310-838-2400 x104

Armbruster, Goldsmith, Delvac
Dale Goldsmith
dale@agd-landuse.com
310-254-9054

Park & Velayos LLP
Francis Park
fpark@parkvelayos.con
213-570-8001

Psomas
Joel Miller
jmiller@psomas.com
213-223-1440

Mayer-Brown
Edgar Khalatian
ekhalatian@mayerbrwon.com
213-229-9548

Alston & Bird
Ed Casey
ed.casey@alston.com
213-576-1005

# Fwd: Land Use Consultants

**From:** Ricky Zheng <zhengr11@gmail.com>
**To:** 黄伟董事长 <huangwei@sznewworld.com>, Virginia Clark <virginia.clark@sznwusa.com>
**Date:** Mon, 19 Dec 2016 16:55:41 -0800

從我的 iPhone 傳送

開始轉寄郵件：

寄件人: Jose Huizar <jose.huizar@sbcglobal.net>
日期: 2016年12月19日 GMT-8 下午12:15:32
收件人: "zhengr11@gmail.com" <zhengr11@gmail.com>
標題: Land Use Consultants
回覆給: Jose Huizar <jose.huizar@sbcglobal.net>

Here are some land use consultants that can help with the project. These are consultants that I have seen do some of the bigger projects downtown.

Craig Lawson and Joel Miller are purely land use consultants. Francis Park is a land use attorney but I have seen him to the applications. At this point you don't need an attorney. You simply need a land use consultant that can help get the application in. Later, you may want to bring in an attorney to review the items and monitor the process in the event there is litigation.

Lets discuss tomorrow at dinner.

Craig Lawson & Co
Craig Lawson
craig@craiglawson.com
310-838-2400 x104

Park & Velayos LLP
Francis Park
fpark@parkvelayos.con
213-570-8001

Psomas
Joel Miller
jmiller@psomas.com
213-223-1440





**Extraction Report** - Apple iPhone

## Participants



+16263748770
Ricky*

+15623055579

## Conversation - Instant Messages (2)

> **+15623055579**
>
> Jose says if we can please do phone conference on Thursday with the chairman.
> **Status:** Sent
> **Delivered:** 8/16/2016 5:29:18 PM(UTC-7)
> **Read:** 8/16/2016 5:34:38 PM(UTC-7)
>
> 8/16/2016 5:29:16 PM(UTC-7)

Source Extraction:
File System

> **+15623055579**
>
> He will have the recommendations for him on Thursday.
> **Status:** Sent
> **Delivered:** 8/16/2016 5:29:42 PM(UTC-7)
> **Read:** 8/16/2016 5:34:38 PM(UTC-7)
>
> 8/16/2016 5:29:42 PM(UTC-7)

Source Extraction:
File System

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

Casino_2084839