JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3289
     Facsimile: (213) 894-0141
     E-mail:   susan.har@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| **See Attachment A**, | |
| Defendant. | |

   Plaintiff, United States of America, hereby advises the court that SUSAN S. HAR is departing the United States Attorney's Office, and all of the cases in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

Dated: January 29, 2025         Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

  /s/
_____
SUSAN S. HAR
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

# ATTACHMENT A

2:08-cr-00504-DSF
2:13-cr-00159-MWF
2:13-cr-00415-DSF
2:16-cr-00798-GW
2:17-cr-00352-MWF
2:17-cr-00458-MRA
2:18-cr-00106-ODW
2:18-cr-00519-DSF
2:19-cr-00152-AB
2:19-cr-00156-FMO
2:19-cr-00302-FMO
2:19-cr-00473-ODW
2:19-cr-00497-VAP
2:19-cr-00553-CAS
2:19-cr-00592-JFW
2:19-cr-00714-PA
2:24-cv-8204-PA
2:19-cr-00767-PA
2:20-cr-00154-JFW
2:20-cr-00203-JFW
2:20-cr-00208-JFW
2:20-cr-00326-JFW
2:20-cr-00369-JFW
2:20-cv-04247-CJC
2:20-cv-04993-JAK
2:21-cr-00159-PSG
2:21-cr-00491-SB
2:21-cr-0540-SB
2:21-cr-00559-SB
2:21-cr-00572-SB
2:21-cr-00572-SB
2:22-cr-00009-SB
2:23-cr-00478-WLH
2:24-cr-00751-MWC
2:85-cr-00907-GW
5:15-cr-00007-JGB
5:19-cr-00361-CJC
8:19-cr-00214-RGK
8:23-cr-00062-CJC